NOTE: This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

_____

**UNILOC 2017 LLC.,**
*Appellant*

**v.**

**GOOGLE LLC,**
*Appellee*

_____

2021-2302

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-00441.

_____

## JUDGMENT

_____

DONALD LEE JACKSON, Davidson Berquist Jackson & Gowdey, LLP, McLean, VA, argued for appellant. Also represented by JAMES ETHERIDGE, RYAN S. LOVELESS, Etheridge Law Group, Southlake, TX.

NATHAN K. KELLEY, Perkins Coie LLP, Washington, DC, argued for appellee. Also represented by TARA LAUREN KURTIS, Chicago, IL.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (TARANTO, CHEN, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<u>May 5, 2023</u>          <u>/s/ Peter R. Marksteiner</u>
Date                            Peter R. Marksteiner
                                Clerk of Court